UNITED STATES DISTRICT COURT
FOR THE
District of MASSAchusetts

Plaintiff: CASE NO. _____

SANTONY JOSEPH

-v-

JURY TRIAL: Yes

Defendant(s):
1. Commissioner of Dept. of corrections, Thomas Turco, 2. Superintendent of S.B.C.C. Steven Silva, 3. Burea of prisons, 4. U.S Atty Andrew Lelling, 5. Atty General - MAUrA Healy, 6. Governer Charles Baker - 7. Secretary Daniel Bennett 8. I.P.S Dept. of S.B.C.C. 9. Dept. of corrections of MAssAchusetts 10. Superintendent of S.B.C.C (current) Kennaway

COMPLAINT FOR A CIVIL CASE

I.
(A). The Plaintiff: Santony Joseph
Street Address - P.O BOX 100, S, walpole MA 02071

(B). The Defendant(s)
1. Commissioner - Thomas Turco - Address - unknown
2. Superintendent - Steven Silva - Address - unknown
3. Burea of prison - Government Agency
4. U.S Atty Andrew Lelling - Government Agency
5. Atty General Maura Healy - Government Agency
6. Governer Charles Baker - Government Agency
7. Secretary Daniel Bennett - Government Agency
8. I.P.S Dept. of S.B.C.C - State Office of Mass -
9. Dept. of corrections of Massachusetts - State Agency Dept. of Corrections 10. Superintendent Kennaway of S.B.C.C.

## II. BASIS FOR JURISDICTION

(A). Federal question:
① Neglect ② Failure to protect.

## III. STATEMENT OF CLAIM

(A) - On or About, In the month of July 2018, I SANTony Joseph was Attacked on M-1 HouseIng unit in the S.B.C.C. Maxium prison By a known S.T.G Gang Memeber of the O.B.N/L.K (Vice-Lord)

(B) - On or About, In the month of the Attack - I Santony Joseph wrote to the S.B.C.C. - Acministration About my life Being in grave Danger From Gangs within the Institution of the prison.

(C) - A couple of Days later, A S.B.C.C. I.P.S (inner Primiter security) c/o: correctional officer CushinBerry interviewed me About my concerns And which he was Aware of - And stated he would make A I.P.S "write-up" of the situation.

(D) - While In Segrasation I Santony wrote to several State Agency's About my life Being In DIor Danger and the possiblity of me Being killed By Gang-Memebers

pases 2 of 6

Cont (D) - Frequested a Transfer. (1) US Atty Andrew Lelling, (2) Atty General - Maura Healy (3) Governer Charles Baker (4) Secratary - Daniel Bennett, (5) Commissinor of D.O.C Prison; Thomas Turco, (6) Burea of Prison (Washington, DC) (7) F.B.I on File; I wrote to — (8) Superintendent Steven Silva of S.B.C.C. these Agencies on more than one account about my life being in Danger.

(E) — After writting all the State Departments I was released Back out to General population with the knowledge of Harm —

(F) — I was released to P-1 Houseing unit where NOTE: The same group of Gang members that attack me before was housed.

(G) — I was Attacked for the (2nd) time in the prison Gym where I was knock un-conscious and had to be Admitted to the prison Hospital Due to Blood in my ears and observation.

(H) After my (2nd) Attack, I was released from segregation to the Houseing unit N-1 where NOTE: The same Group of S.T.G Gang memebers U.B.N / L.K / Vice-lords where Housed from my previous Attacks.

(I) - I was attacked for the (3rd) time By the same S.T.G Gang memebers - where I suffered major injuries and had to have emergency surgery the next day at a outside Hospital UMASS Worcester Hospital - Due to the attack.

(J) - After the surgery, I was in recovery for 4 1/2 weeks in the prison Hospital. Where I was cleared by the Doctors - But I never recived clearence from the institution (I.P.S) who are in charge of placement within the institution. For the sake of not putting people in harms way.

(K) I was sent to M-1 Houseing unit where Note: The same gang memebers that caused me serious injuries. I was force to protect myself - which, caused me to get jump by (2) known gang-memebers of the "same previous gang" that sent me to the Hospital. In total (4) times the Administration failed to protect me.

Pages 4 of 6

IV. RELIEF

DAMAGES: For the Amount of $1,000,000 U.S Dollars - For Neglect and the Failure to protect By the Department of corrections.

Individual parties Damages: (1) In Court Apoliges, and (2) Future Training on safety training on people in Danger - In State custody (3) 2-weeks of un-paid Salary Donated to the Boston Children Hospital. (Volunteering-work) "NO Money Involement" For Individual parties.

(A) After the First Attack And of, my notice of my life Being in Danger, The S.B.C.C Administration and the Dept. of corrections, along side All individual parties, Failed to protect me in A safe-way.

(B) I wrote to All Government Agencies on several times about my life being in great Danger, where I was put in A kill or be killed situations, which caused me pain and suffering and had surgery Due to the Neglect. Which, After they still place me in the Same Habitat of Danger, which futher Failed to protect me along side of Futher Neglegence.

(C) While, In recovery of injuries, The Dept of corrections Failed to clear me of proper Housing - which would of Protected my safety From known S.T.G Gang members that already attacked me (3) prior times - which futher Neglected my safety and A Failure to protect a persons in State custody.

(D) After the I.p.s Dept of S.B.C.C c/o cushinberry, wrote A I.p.s "write-up" of A Recomendations of A Transfer to A Different Facility Due to Danger of my safety. which, Futher Neglected to protect my safety.

I. Claim: TRIAL BY JURY           Pages 5 of 6

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/16/18

Signature of Plaintiff: _[signature]_

Printed Name of Plaintiff: SANTONY Joseph

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address:

"Pro Se"
P.O Box 100
S. Walpole, MA
02071

Pages 6 of 6