# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

Plaintiff,

SANTONY JOSEPH

Civil Action #
19-11839-PBS

-V-

Defendant(s);
① Commissinor of Dept. of corrections,
Thomas Turco ② Superintendent of SBCC,
Steven SINA ③ secratary Daniel Bennett
④ Superintendent of S.B.L.L (current)
Steven Kennaway

FILED
IN CLERKS OFFICE
2019 DEC 12 PM 1:45
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MoTion: FOR Emergency Injuction
For A KeepAway placement order from the
Souza - BAranoswki correctional
center

The plaintiff, Santony Joseph is Addressing the honorable court to reconsider A Emergency Injuction From being housed at the Souza-BAranoswki correctional center.

While being held at the Souza-BAranoswki correctional center the S.B.L.L. Administration has Failed to protect the plaintiff from being Assulted from known S.T.G Gang-memebers within the Facility. and Being Neglegent in the process.

Since 2014, From the First Attack From A Known S.T.G Gang memeber, The plaintiff has made it known to the S.B.C.C. Administration and department of corrections officals that the plaintiffs life was in ~~Danger~~ grave Danger From known Gang memebers throughout the prison.

Since 2014, the plaintiff has been Attacked (6) six different times from known S.T.G Gang memebers which has caused, the plaintiff to be hospitilized (2) two seprate times with major Injuries where the plaintiff had to be Emergency evacuated to the UMASS worcester Hospital, for A same Day Emergency status Surgery.

Prior to these events, the plaintiff has made it verbal, written, griveance, aware to the S.B.C.C. Administration and Department of corrections also, the Fedral officals (F.B.I, B.O.P, Internal Affairs for prisons, Attorney General, Gouverner of MASS, Atty General Andrew Lelling) about my life Being in a "life or Death" circumstances while being held at the S.B.C.C. Facility. The Department of corrections and the S.B.C.C Administration has failed to protect the plaintiff and grossly Neglected to hold it's obligation to keep the plaintiff from harm.

As A result of the gross errors by the S.B.C.C. Administration on Numerous occasions the plaintiff is humbly requsting to have a stay-away placement in order from the —

Souza-Baranoswki correctional center. The plaintiff is currently at M.C.1 cedar-junction/D.D.U (Disciplinary Detention-unit) From a attack where the plaintiff was Jump BY (2) two S.T.G Gang-memebers where the plaintiff was force to protect himself Due to the I.P.S (inner primiter security) officals made A agrejust error and place the plaintiff in a Housing unit where the same S.T.G Gang-memebers that was responsiable for the plaintiffs previous injuries. The plaintiff is schedule to be transfered BACK to the Souza-BAranoswki — correctional center Due to the D.D.U (Disciplinary-unit) closeing. The plaintiff cannot stress the emergency in this Injuction Due to the nature of the plaintiff life being in serious Imminat Danger. The plaintiff is praying that this honorable court takes it's time and due diligences in considering this motion – and it's memoradum in support of this motion.

DATE: 12/7/19

SAntony Joseph
Pro Se

_Santy Josph_